UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:16-cr-179-Orl-37TBS

HEATHER BASS

## ORDER

This case comes before the Court without oral argument on Defendant Heather Bass' Motion for Return of Bond Money (Doc. 165). The records in the case indicate that the conditions of the original appearance bond have been satisfied in accordance with FED. R. CRIM. P. 46(g) and that the bond should be exonerated. However, Defendant has failed to provide the name and address of the person to whom the bond should be returned. Accordingly, the motion is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on this 1st day of November, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Heather Bass